# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES SIMMONS, | ) | CASE NO. 1:19-cv-00745 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Consistent with this Court's contemporaneously filed Memorandum of Opinion and Order, the Commissioner's final decision is AFFIRMED in part and VACATED in part. The denial of Simmons' claims for POD and DIB is AFFIRMED, as those claims were waived when Simmons' amended the alleged date of onset of his disability, and this matter is REMANDED for further consideration of Simmons' claim for SSI, consistent with this opinion.

**IT IS SO ORDERED.**

        *s/Jonathan D. Greenberg*
        Jonathan D. Greenberg
        United States Magistrate Judge

Date: January 6, 2020